FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2020

No. 04-20-00334-CV

**In re** Teresa L. **Rodriguez**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1453-CV-C
Honorable William D. Old III, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena Chapa, Justice
Beth Watkins, Justice

Relator's Motion for Extension of Time to file a motion for en banc reconsideration and motion for rehearing is granted. The motions are due no later than September 3, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court